UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.

CR22-332 JNE/ECW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 922(g)(1) |
| v. | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 21 U.S.C. § 841(a)(1) |
| CHARLES EDWARD LEGON, | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 853 |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent To Distribute Controlled Substances)

On or about August 3, 2022, in the State and District of Minnesota, the defendant,

**CHARLES EDWARD LEGON,**

aiding and abetting, and being aided and abetted by another, did unlawfully, knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl") in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2
(Felon in Possession of a Firearm)

On or about August 3, 2022, in the State and District of Minnesota, the defendant,

**CHARLES EDWARD LEGON,**

aiding and abetting and being aided and abetted by another, having previously been

SCANNED
NOV 3 0 2022
U.S. DISTRICT COURT MPLS

convicted of the following offenses:

| Conviction | Location of Conviction | Date of Conviction (on or about) |
|---|---|---|
| 5th Degree Controlled Substance Possession | Hennepin County | June 2011 |
| Burglary | Hennepin County | July 2008 |
| Aggravated Robbery | Hennepin County | 2002 |

each of which was punishable by imprisonment for a term exceeding one year, and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a Smith & Wesson, .40 caliber, semi-automatic pistol, bearing serial number FDV5643, in violation of Title 18, United States Code, Sections 2, 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant,

**CHARLES EDWARD LEGON,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation. If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

If convicted of Count 2 of this Indictment, the defendant,

**CHARLES EDWARD LEGON,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of Count 2, including, but not limited to: a Smith & Wesson, .40 caliber, semi-automatic pistol, bearing serial number of FDV5643, magazines and ammunition.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                  FOREPERSON